

# Fourth Court of Appeals
## San Antonio, Texas

February 11, 2014

No. 04-13-00686-CV

**IN THE MATTER OF C.A.G.,**

From the 436th District Court, Bexar County, Texas
Trial Court No. 2013-JUV-00059
The Honorable Lisa Jarrett, Judge Presiding

## O R D E R

 The appellant's brief was originally due to be filed on December 5, 2013. On December 4, 2013, appellant filed a motion requesting a sixty-day extension of time to file his brief. The motion was granted, extending the deadline for filing the brief to February 5, 2013. The order granting the extension stated, "**GIVEN THE LENGTH OF THIS EXTENSION, NO FURTHER EXTENSIONS OF TIME WILL BE GRANTED**."

 The brief was not filed by the extended deadline. Appellant's attorney, Abelardo Garza, is retained to represent appellant in this appeal. It is therefore ORDERED that Mr. Garza file the brief in this appeal no later than February 18, 2014, or an order will be issued directing Mr. Garza to appear and show cause why he should not be held in contempt for failing to file the brief. The clerk of this court shall cause a copy of this order to be served on Mr. Abelardo Garza by certified mail, return receipt requested, or give other personal notice of this order with proof of delivery.

_____
Catherine Stone, Chief Justice

 IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of February, 2014.

_____
Keith E. Hottle
Clerk of Court